| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Blake Hatlem<br>Special Agent: Kara Klupacs | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Klavelle Bronner

Case No.    Case: 2:25−mj−30646
Assigned To : Unassigned
Assign. Date : 10/16/2025
Description: CMP USA V. BRONNER (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 14, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Kara Klupacs, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 16, 2025

_Judge's signature_

City and state: Detroit, MI    Hon. Kimberly G. Altman, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Kara Klupacs, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 1. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training. Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information

known to law enforcement related to this investigation.

3. The ATF is currently conducting a criminal investigation concerning Klavelle BRONNER (DOB: XX/XX/1994), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) on October 14, 2025.

## II. PROBABLE CAUSE

5. I reviewed records related to BRONNER'S criminal history and learned the following:

   a. On or about August 16, 2017, BRONNER was arrested and later charged with one (1) count of selling defaced firearms-felony. Later, BRONNER pled guilty to selling defaced firearms-felony, in the Eastern District of Michigan Federal District Court.

   b. On or about June 15, 2022, BRONNER was arrested and later charged with one (1) count of felon in possession of a firearm and one (1) count unlawful possession of a machinegun. Later, BRONNER pled guilty to felon in possession of a firearm, in the Eastern District of Michigan Federal District Court.

6. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. BRONNER has previously been charged with the offense of felon in possession of a firearm, there is

probable cause to believe that BRONNER is aware of his status as a convicted felon and would have been made aware of his prohibited status regarding firearms.

## II.     PROBABLE CAUSE

7.     On October 11, 2025, at approximately 4:47 a.m., Detroit Police responded to a ShotSpotter report indicating shots fired in the area of Corbett and Dickerson (Report 318-641647-one shot fired).  Between 4:50 a.m. and 4:52 a.m., Detroit Police received four additional ShotSpotter reports (Report 318-641648 (ten shots fired), Report 318-641649 (two shots fired), Report 318-641650 (one shot fired), Report 318-641651 (two shots fired)), at multiple locations on Camden between Dickerson and Annsbury (only three blocks from the initial report of shots fired in the area of Corbett and Dickerson).

8.     During a canvass of the area, officers recovered ten spent 9mm caliber casings, most of which were recovered from the street in front of 12XXX Camden. Officers spoke with the occupant of the residence who advised officers they had observed shooters in a small blue SUV occupied by four suspects. The recovered casings were collected and entered into NIBIN.

9.     On October 13, 2025, Detroit Police Detective Wischnewski reviewed Greenlight footage from a Marathon Gas Station located at 13001 Harper, approximately six blocks south of Corbett and Dickerson. Detective Wischnewski observed that at approximately 4:42 a.m., a blue 2021 Ford Eco Sport, bearing

4

Michigan license plate EVG5210 arrived at the location. The rear seat passengers were then observed exiting the vehicle and entering the location. The rear seat passengers then returned and re-entered the Ford Eco Sport. During review of the footage, officers recognized the passenger side rear seat occupant as Klavelle BRONNER (B/M, DOB: 12/15/1994). Officers then noted that the Ford Eco Sport departed from the Gas Station at approximately 4:46 a.m. (1 minute prior to the first shooting).

10. United States Probation was contacted and confirmed that BRONNER was currently on supervised release from his most recent charge, and by court order was issued a tether. US Probation reviewed BRONNER's tether data and confirmed BRONNER was at the locations of the shootings.

11. Pursuant to their investigation, on October 14, 2025, Detroit Police executed a search warrant at 24860 Towne Rd. Apt 410, Southfield, Michigan. BRONNER and his girlfriend (Zarsade Jackson) were located inside of the apartment. During a search of the residence officers located and recovered one (1) Glock model 45, 9mm caliber pistol. BRONNER was taken into custody and transported to the Detroit Detention Center (DDC) for processing. During the warrant service, officers advised Jackson of *Miranda*, which she waived. During questioning Jackson explained that she resided at the location with BRONNER. Jackson denied any knowledge of a firearm at the location and denied owning one.

12. While on the scene the firearm was queried in LEIN by ATF Agents and found to have been stolen out of Sterling Heights, Michigan in April 2025.

13. On October 15, 2025, Detroit Police NIBIN Unit test fired the recovered Glock model 45, and submitted the test fired 9mm caliber casings into NIBIN. NIBIN preliminary results returned ballistically linking the recovered Glock model 45, to seven (7) of the ten (10) spent 9mm caliber casing recovered by Detroit Police during the multiple ShotSpotter runs received on October 11, 2025.

14. I am an ATF Interstate Nexus Expert and concluded that the recovered firearm was manufactured outside the State of Michigan, and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

### III. CONCLUSION

15. Probable cause exists to believe that on October 14, 2025, Klavelle BRONNER knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g)(1). This violation occurred within the Eastern District of Michigan.

Respectfully submitted,

_____
Kara Klupacs, Special Agent Bureau of
Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

Dated:   October 16, 2025